Solomon UPSHAW, Plaintiff,
Appellant,

v.

BOSTON TRANSPORTATION
DEPARTMENT, et al.,
Defendants, Appellees.

No. 01–2404.

United States Court of Appeals,
First Circuit.

April 26, 2002.

Solomon Upshaw, on brief pro se.

Merita A. Hopkins, Corporation Counsel, and Stephen G. Cox, Assistant Corpo-

ration Counsel, City of Boston Law Department, on brief for appellees.

Before BOUDIN, Chief Judge, TORRUELLA and LIPEZ, Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we *affirm* for substantially the reasons stated by the district judge.

*Affirmed.* Loc. R. 27(c).